November 13, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

LAKEITH AMIR SHARIF, Appellant

NO. 14-12-00792-CV                               V.

EILEEN KENNEDY, ET AL, Appellees

_____

Today the Court heard its own motion to dismiss the appeal from the order signed by the court below on August 8, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Lakeith Amir Sharif.

We further order this decision certified below for observance.